■ M. LOWELL HARMAN, Suing as Director and Stockholder of and on Behalf of LINCOLN PRINTING COMPANY, Appellant, v. SAMUEL GRABOWETSKY et al., Individually and as Partners Doing Business under the Name of PEARL BINDERY, et al., Respondents, et al., Defendants.— Appeal, by plaintiff from so much of an order, entered July 9, 1962, which denies his motion for an order directing that the individual defendants appear for an examination before trial, unanimously dismissed as moot, on the law, with $20 costs and disbursements to defendants-respondents. (See 21 A D 2d 862.) Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.